| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 24 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

JORDAN SPATZ, M.D., Ph.D.,

        Plaintiff-Appellant,

 v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA,

        Defendant-Appellee.

No.   23-15064

D.C. No. 3:21-cv-09605-LB
Northern District of California,
San Francisco

ORDER

Before: M. SMITH and BRESS, Circuit Judges.

    Appellant's emergency motion for injunctive relief (Docket Entry No. 8) is denied. *See Feldman v. Ariz. Sec'y of State*, 843 F.3d 366, 367 (9th Cir. 2016) (en banc) ("The standard for evaluating an injunction pending appeal is similar to that employed by district courts in deciding whether to grant a preliminary injunction.").

    The existing briefing schedule remains in effect.