| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 20 2023 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

JORDAN SPATZ, M.D., Ph.D.,

    Plaintiff-Appellant,

v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA,

    Defendant-Appellee.

No. 23-15064

D.C. No. 3:21-cv-09605-LB
Northern District of California,
San Francisco

ORDER

The court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and record and the decisional process would not be significantly aided by oral argument. This case shall be submitted on the briefs and record, without oral argument, on August 22, 2023, in San Francisco, California. Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT