MICHAEL D. BRUNO
MBRUNO@GRSM.COM

RACHEL WINTTERLE
RWINTTERLE@GRSM.COM



ATTORNEYS AT LAW
275 BATTERY STREET, SUITE 2000
SAN FRANCISCO, CA 94111
PHONE: (415) 986-5900
FAX: (415) 986-8054
WWW.GORDONREES.COM

September 22, 2023

Magistrate Judge Laurel Beeler
San Francisco Courthouse
Courtroom B – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:   *Jordan Spatz, M.D., Ph.D. vs. The Regents of the University of California*
           United States Districts Court for the Northern District of California
           Case No. 3:21-CV-09605-LB

Judge Beeler,

We represent The Regents of the University of California ("The Regents") in the above-named matter. We write with an update regarding the depositions of Dr. Lucey, Dr. Aghi, and Dr. Morshed, as well as a request to further modify the scheduling order. Counsel for The Regents met and conferred with counsel for Dr. Spatz and the parties agree upon the proposed modified schedule.

Because of Mr. Bruno's trial schedule, the parties set Dr. Aghi's deposition for December 18 and Dr. Lucey's deposition for December 19. We will be representing Dr. Morshed, a non-party, at his deposition. He is currently on family leave. We will have a better sense of Dr. Morshed's availability in October, but it is most likely his deposition will take place in December or early January.

The Court's August 24 Discovery Order provided that the Court understood the dispositive motion deadline likely needed to be moved. As these depositions will take place after the December 14, 2023 deadline to hear dispositive motions, the deadline indeed will need to be moved as the Court anticipated.

In light of the above, many crucial deadlines in the current schedule will expire *before* the completion of these three depositions. These depositions will impact not only any dispositive motion but also expert witness selection and retention.

September 22, 2023
Page 2

　　　　The Court set the current schedule at the same time the Court granted Plaintiff leave to take these three depositions. Additionally, the length of the trial Mr. Bruno is starting on October 6 (at least 40 days, though likely longer) is having a ripple effect of continuing other trials he has on calendar.

　　　　Therefore, having met and conferred, the parties respectfully request a further modification to the scheduling order, including a new trial date, as follows.[1]

| Event | Date | Proposed New Date |
|---|---|---|
| Expert disclosures due | 10/13/2023 | February 15, 2024 |
| Rebuttal experts | 10/31/2023 | February 29, 2024 |
| Expert discovery due | 10/31/2023 | March 15, 2024 |
| Last hearing date for dispositive motions and/or further case management conference | 12/14/2023 | April 25, 2024 |
| Meet and confer re pretrial filings | 12/20/2023 | April 30, 2024 |
| Pretrial filings | 1/8/2024 | May 10, 2024 |
| Oppositions, objections, exhibits, and depo designations | 1/15/2024 | May 17, 2024 |
| Final Pretrial Conference | 2/1/2024 | May 30, 2024 |
| Trial | 3/11/2024 | June 17, 2024 |

　　　　We appreciate the Court's time and attention to this matter.

　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　GORDON REES SCULLY MANSUKHANI, LLP

　　　　　　　　　　　　　　Michael D. Bruno
　　　　　　　　　　　　　　Rachel Wintterle

RW/jv

---

[1] Note: The proposed schedule is an effort to work around Mr. Bruno's trial schedule and seeks only a limited continuance. Mr. Bruno has trials on 1/8/24, 2/5/24, 3/4/24, 3/18/24, 3/25/24, 4/8/24 and counsel for The Regents will be unavailable 7/1-5, 11-19/24.