DOW W. PATTEN (135931)
dow@forthrightlaw.com
FORTHRIGHT LAW, P.C.
50 California Street, Suite 1500
San Francisco, CA 94111-4612
Telephone (415) 228-6848
Facsimile (415) 228-6876

Attorneys for Plaintiff, Jordan Spatz, M.D., Ph.D.

MICHAEL D. BRUNO (SBN 166805)
mbruno@grsm.com
RACHEL WINTTERLE (SBN 269853)
rwintterle@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900

Attorneys for Defendant, THE REGENTS OF
THE UNIVERSITY OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

San Francisco Division

| | |
|---|---|
| DR. JORDAN SPATZ, M.D., Ph.D., <br><br> Plaintiff, <br><br> vs. <br><br> REGENTS OF THE UNIVERSITY OF CALIFORNIA, <br><br> Defendant. | Case No.: 21-cv-09605-LB <br><br> **JOINT STIPULATION CONCERNING MODIFICATION OF THE SCHEDULING ORDER RE EXPERT DISCOVERY** <br><br> Judge:       Hon. Laurel Beeler |

Pursuant to Local Rules 6-2 and 7-12 of the Northern District of California Civil Local Rules, Plaintiff Jordan Spatz. M.D., Ph.D, and Defendant The Regents of The University of California (the "Parties"), through their counsel of record, respectfully submit this joint stipulation and request. Pursuant to Local Rule 6-2(a), Rachel Wintterle (counsel for The Regents)

concurrently submits a supporting declaration. The Parties, by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on September 25, 2023, the Court entered an amended Scheduling Order. (Dkt # 92).

WHEREAS, since December 22, 2023, the Parties have been meeting and conferring regarding an independent medical examination of Dr. Spatz and need additional time to complete those efforts and conduct and IME;

WHEREAS, the Parties have agreed to continue all deadlines related to expert discovery, without impacting the trial date.

Therefore, the Parties respectfully request the Court's approval for the following:

1. Modify the Scheduling Order as follows:

| Case Event | Filing Date/Disclosure Deadline/Hearing Date | Proposed new date: |
| --- | --- | --- |
| Expert disclosures required by Federal Rules of Civil | 2/15/2024 | February 29, 2024 |
| Rebuttal expert disclosures | 2/29/2024 | March 15, 2024 |
| Expert discovery completion date | 3/15/2024 | March 29, 2024 |

**IT IS SO STIPULATED.**

Dated: February 6, 2024                FORTHRIGHT LAW, P.C.

                                       By:  */s/ Dow W. Patten*
                                            Dow W. Patten
                                            Attorneys for Plaintiff
                                            Dr. Jordan Spatz, M.D., Ph.D.

Dated: February 6, 2024                GORDON REES SCULLY MANSUKHANI, LLP

                                       By:  _____
                                            Michael D. Bruno
                                            Rachel Wintterle
                                            Attorneys for Defendant
                                            The Regents of The University of California

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-4.3.4(a)(2)**

I, Rachel Wintterle, am the ECF User whose identification and password are being used to file this Joint Case Management Conference Statement Concerning Modification of the Scheduling Order. In compliance with Civil Local Rule 5-1(i)(3) I hereby attest that all signatories concur in filing this document.

Dated: February 6, 2024

By: _____
Rachel Wintterle

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

**SO ORDERED.**

Dated: _____, 2024   _____
Hon. Laurel Beeler
Judge of United States District Court
Northern District of California

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111