DOW W. PATTEN (135931)
dow@forthrightlaw.com
FORTHRIGHT LAW, P.C.
50 California Street, Suite 1500
San Francisco, CA 94111-4612
Telephone (415) 228-6848
Facsimile (415) 228-6876

Attorneys for Plaintiff, Jordan Spatz, M.D., Ph.D.

MICHAEL D. BRUNO (SBN 166805)
mbruno@grsm.com
RACHEL WINTTERLE (SBN 269853)
rwintterle@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900

Attorneys for Defendant, THE REGENTS OF
THE UNIVERSITY OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| DR. JORDAN SPATZ, M.D., Ph.D.,<br><br>Plaintiff,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Defendant | Case No.: 21-cv-09605-LB<br><br>**DECLARATION OF RACHEL WINTTERLE IN SUPPORT OF JOINT STIPULATION CONCERNING MODIFICATION OF THE SCHEDULING ORDER RE EXPERT DISCOVERY**<br><br>Judge:    Hon. Laurel Beeler<br><br>Complaint Filed: December 13, 2021<br>Amended Complaint Filed: April 27, 2022 |

I, Rachel Wintterle, declare as follows:

1.   I am an attorney at law licensed to practice before all courts of the State of California and a partner in the law firm of Gordon Rees Scully Mansukhani, LLP, attorneys for the defendant The Regents of the University of California ("The Regents"). I have personal

knowledge of the matters contained in this declaration and if called to testify to them could and would do so competently.

2. On September 25, 2023, the Court entered a Scheduling Order. (Dkt # 92).

3. On December 22, 2023, I emailed Plaintiff's counsel seeking an independent medical examination ("IME") of Plaintiff. Plaintiff's counsel responded on January 6, 2024 denying the request. On January 17, 2024, I emailed Plaintiff's counsel to further meet and confer regarding The Regents' request for Plaintiff to stipulate to an IME so that the parties could avoid motion practice. Plaintiff's counsel responded on January 19, 2024 indicating the possibility of an agreement under certain parameters. The parties are continuing to meet and confer regarding the scope of an IME.

4. On February 1, 2024, the parties filed a joint case management statement in which they asked the Court to continue all deadlines related to expert discovery to allow the parties' time to complete their meet and confer efforts and conduct and IME. The parties agreed to the following schedule:

| Case Event | Filing Date/Disclosure Deadline/Hearing Date | Proposed new date: |
|---|---|---|
| Expert disclosures required by Federal Rules of Civil | 2/15/2024 | February 29, 2024 |
| Rebuttal expert disclosures | 2/29/2024 | March 15, 2024 |
| Expert discovery completion date | 3/15/2024 | March 29, 2024 |

Executed this 6th day of February, 2024 at San Francisco, California.

Rachel Wintterle

-2-
DECLARATION OF RACHEL WINTTERLE ISO OF JOINT STIPULATION
CONCERNING MODIFICATION OF THE SCHEDULING ORDER RE EXPERT DISCOVERY
Case No.: 21-cv-09605-LB