DOW W. PATTEN (135931)
dow@forthrightlaw.com
FORTHRIGHT LAW, P.C.
50 California Street, Suite 1500
San Francisco, CA 94111-4612
Telephone (415) 228-6848
Facsimile (415) 228-6876

Attorneys for Plaintiff, Jordan Spatz, M.D., Ph.D.

MICHAEL D. BRUNO (SBN 166805)
mbruno@grsm.com
RACHEL WINTTERLE (SBN 269853)
rwintterle@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900

Attorneys for Defendant, THE REGENTS OF
THE UNIVERSITY OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

San Francisco Division

| | |
|---|---|
| DR. JORDAN SPATZ, M.D., Ph.D., <br><br> Plaintiff, <br><br> vs. <br><br> REGENTS OF THE UNIVERSITY OF CALIFORNIA, <br><br> Defendant. | Case No.: 21-cv-09605-LB <br><br> **JOINT STIPULATION CONCERNING MODIFICATION OF THE SCHEDULING ORDER RE EXPERT DISCOVERY** <br><br> Judge: Hon. Laurel Beeler |

Pursuant to Local Rules 6-2 and 7-12 of the Northern District of California Civil Local Rules, Plaintiff Jordan Spatz. M.D., Ph.D, and Defendant The Regents of The University of California (the "Parties"), through their counsel of record, respectfully submit this joint stipulation and request. Pursuant to Local Rule 6-2(a), Rachel Wintterle (counsel for The Regents)

concurrently submits a supporting declaration. The Parties, by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on September 25, 2023, the Court entered an amended Scheduling Order. (Dkt # 92).

WHEREAS, since December 22, 2023, the Parties have been meeting and conferring regarding an independent medical examination of Dr. Spatz and need additional time to complete those efforts and conduct and IME;

WHEREAS, the Parties have agreed to continue all deadlines related to expert discovery, without impacting the trial date.

Therefore, the Parties respectfully request the Court's approval for the following:

1. Modify the Scheduling Order as follows:

| Case Event | Filing Date/Disclosure Deadline/Hearing Date | Proposed new date: |
|---|---|---|
| Expert disclosures required by Federal Rules of Civil | 2/15/2024 | February 29, 2024 |
| Rebuttal expert disclosures | 2/29/2024 | March 15, 2024 |
| Expert discovery completion date | 3/15/2024 | March 29, 2024 |

**IT IS SO STIPULATED.**

Dated: February 6, 2024         FORTHRIGHT LAW, P.C.

                                By:  */s/ Dow W. Patten*
                                     Dow W. Patten
                                     Attorneys for Plaintiff
                                     Dr. Jordan Spatz, M.D., Ph.D.


Dated: February 6, 2024         GORDON REES SCULLY MANSUKHANI, LLP

                                By:  _____
                                     Michael D. Bruno
                                     Rachel Wintterle
                                     Attorneys for Defendant
                                     The Regents of The University of California

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-4.3.4(a)(2)**

I, Rachel Wintterle, am the ECF User whose identification and password are being used to file this Joint Case Management Conference Statement Concerning Modification of the Scheduling Order. In compliance with Civil Local Rule 5-1(i)(3) I hereby attest that all signatories concur in filing this document.

Dated: February 6, 2024

By: _____
Rachel Wintterle

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

**SO ORDERED.**

Dated: __February 7__, 2024   _____
Hon. Laurel Beeler
Judge of United States District Court
Northern District of California

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

DOW W. PATTEN (135931)
dow@forthrightlaw.com
FORTHRIGHT LAW, P.C.
50 California Street, Suite 1500
San Francisco, CA 94111-4612
Telephone (415) 228-6848
Facsimile (415) 228-6876

Attorneys for Plaintiff, Jordan Spatz, M.D., Ph.D.

MICHAEL D. BRUNO (SBN 166805)
mbruno@grsm.com
RACHEL WINTTERLE (SBN 269853)
rwintterle@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900

Attorneys for Defendant, THE REGENTS OF
THE UNIVERSITY OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### San Francisco Division

| | |
|---|---|
| DR. JORDAN SPATZ, M.D., Ph.D.,<br><br>Plaintiff,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Defendant | Case No.: 21-cv-09605-LB<br><br>**DECLARATION OF RACHEL WINTTERLE IN SUPPORT OF JOINT STIPULATION CONCERNING MODIFICATION OF THE SCHEDULING ORDER RE EXPERT DISCOVERY**<br><br>Judge:     Hon. Laurel Beeler<br><br>Complaint Filed: December 13, 2021<br>Amended Complaint Filed: April 27, 2022 |

I, Rachel Wintterle, declare as follows:

1.     I am an attorney at law licensed to practice before all courts of the State of California and a partner in the law firm of Gordon Rees Scully Mansukhani, LLP, attorneys for the defendant The Regents of the University of California ("The Regents"). I have personal

-1-

knowledge of the matters contained in this declaration and if called to testify to them could and would do so competently.

2. On September 25, 2023, the Court entered a Scheduling Order. (Dkt # 92).

3. On December 22, 2023, I emailed Plaintiff's counsel seeking an independent medical examination ("IME") of Plaintiff. Plaintiff's counsel responded on January 6, 2024 denying the request. On January 17, 2024, I emailed Plaintiff's counsel to further meet and confer regarding The Regents' request for Plaintiff to stipulate to an IME so that the parties could avoid motion practice. Plaintiff's counsel responded on January 19, 2024 indicating the possibility of an agreement under certain parameters. The parties are continuing to meet and confer regarding the scope of an IME.

4. On February 1, 2024, the parties filed a joint case management statement in which they asked the Court to continue all deadlines related to expert discovery to allow the parties' time to complete their meet and confer efforts and conduct and IME. The parties agreed to the following schedule:

| Case Event | Filing Date/Disclosure Deadline/Hearing Date | Proposed new date: |
|---|---|---|
| Expert disclosures required by Federal Rules of Civil | 2/15/2024 | February 29, 2024 |
| Rebuttal expert disclosures | 2/29/2024 | March 15, 2024 |
| Expert discovery completion date | 3/15/2024 | March 29, 2024 |

Executed this 6th day of February, 2024 at San Francisco, California.

_____
Rachel Wintterle